IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACKIE MICHAEL BELL,

    Plaintiff,

v.                                                      CASE NO. 1:09-cv-00176-MP-AK

LISA ECHEVERRI, FLORIDA DEPARTMENT OF REVENUE, KATHLEEN SEBELIUS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that the Amended Complaint be dismissed for lack of subject matter jurisdiction. The time for filing objections has passed, and none have been filed. The Court agrees that the Amended Complaint should be dismissed.

Plaintiff argues that Florida's child support debt collection system is criminal in nature but governed by civil procedure. Even after the Magistrate Judge revealed the deficiencies of the original complaint and gave Plaintiff the chance to amend the complaint, Plaintiff fails to allege how this violates any right guaranteed by federal statutory or constitutional law. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This case is dismissed and the Clerk is directed to close the file.

    **DONE AND ORDERED** this _9th_ day of February, 2010



                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge