IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACKIE MICHAEL BELL,

    Plaintiff,

v.                                          CASE NO. 1:09-cv-00176-MP -AK

LISA ECHEVERRI, et al,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion/Request for Service of Complaint to Florida Department of Revenue. (Doc. 15). There is presently pending a report and recommendation that this cause be dismissed for lack of subject matter jurisdiction. (Doc. 7). Plaintiff has filed objections. (Docs. 12 and 13). Until such time as the Court rules on the recommendations, the complaint will not be served, and Plaintiff's request that his case be given expedited consideration is DENIED.

    **DONE AND ORDERED** this _27th_ day of September, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge