IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACKIE MICHAEL BELL,

    Plaintiff,

v.                                                    CASE NO. 1:09-cv-00176-MP -GRJ

LISA ECHEVERRI, FLORIDA DEPARTMENT OF REVENUE, KATHLEEN SEBELIUS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, plaintiff's Motion for Reconsideration of the order adopting the Report and Recommendation and dismissing his case. Nothing in the current motion or the attached proposed amended complaint justifies revisiting the Court's previous conclusion that allowing the state to require him to pay child support while simultaneously denying him visitation or custody of his children violates due process. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for reconsideration, Doc. 21, is denied.

**DONE AND ORDERED** this _17th_ day of May, 2011

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge